UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, ) | Case No.: CV 19-04392-AB (FFMx) |
| Plaintiff, ) | |
| ) | |
| vs. ) | [~~PROPOSED~~] **ORDER OF DISMISSAL** |
| ) | |
| THOMAS K. PETERSON, M. D.; ) | |
| RAYMOND LAM; and LINDA G. EIDE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 33), **IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.


Dated:  April 8, 2020          _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE